IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr260

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GREGORY D. ANDERSON. ) | |

**THIS MATTER** is before the court on defendant's letter to the court dated June 20, 2011. While *pro se* pleadings from represented defendants are typically denied in accordance with the Local Criminal Rules, defendant appears to contend that he is not receiving effective representation and has requested that the court appoint new counsel. The court will deem this letter to be a Motion for Appointment of New Counsel, and respectfully refer the motion to Honorable David S. Cayer, United States Magistrate Judge, for decision inasmuch as this matter has been continued from the July 2011 trial calendar. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter (#12) is **DEEMED** to be a Motion for Appointment of New Counsel and is referred to Judge Cayer for disposition.

Signed: July 6, 2011

Max O. Cogburn Jr.
United States District Judge