# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:10cr260

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **GREGORY D. ANDERSON.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's fifth Motion to Continue. In contrast to such motion, defendant has recently sent at least one letter to the court demanding that he be tried and complaining that he has spent a year in pretrial detention.

For cause, counsel for defendant states that voluminous discovery has recently been produced by the government. The court will set such motion for hearing so that counsel for both the government and defendant can explain why such documents are only now being produced and the specific trial preparation needed. The public's interest in the speedy resolution of this matter now weighs heavily in the balance.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's fifth Motion to Continue (#51) is **CALENDARED** for hearing on Tuesday, February 28, 2012, at 2:30 p.m.

The United States Marshal is advised that defendant's presence is necessary for such hearing.

Signed: February 24, 2012

Max O. Cogburn Jr.
United States District Judge