# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cr260

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GREGORY D. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's pro se letter to the court dated May 28, 2012 (#72). As defendant is represented by counsel, such letter, to the extent relief is sought, will be summarily denied.

The court has also noted the cancellation of the hearing on defendant's Supplemental Motion to Dismiss and Suppress (#62) as well as the government's request, contained in its response, that the hearing not be evidentiary but, rather, that it be limited to oral arguments. See generally Memorandum in Opposition (#64). In considering such request, the court has reviewed the Transcript (#49) of the two-day suppression hearing held in 2011on defendant's first Motion to Dismiss and Suppress and finds such record to provide an adequate factual basis that will allow full consideration of the issues defendant raises in his supplemental motion. The court will, therefore, direct the Clerk of Court to place the Supplemental Motion to Dismiss and Suppress (#62) on for oral arguments June 28, 2012, at 11:15 a.m.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se letter to the court dated May 28, 2012 (#72) is **DENIED** insofar as any relief is therein sought in accordance with

L.Cr.R. 47.1(H) as defendant is represented by counsel and defendant's Supplemental Motion to Dismiss and Suppress (#62) is **CALENDARED** for oral arguments on June 28, 2012, at 11:15 a.m.

Signed: June 1, 2012

Max O. Cogburn Jr.
United States District Judge