UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's pro se letter (#162) requesting expedited sentencing. Defendant is represented by counsel and, in order to maintain the integrity of the right to counsel invoked by defendant, the court does not consider pro se requests. L.Cr.R. 47.1(H). In any event, review of the docket reveals that this matter is not ripe for sentencing as the initial PSR has not been filed and defendant has not had an opportunity (through counsel) to file objections to the findings of the pretrial services officer.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se letter (#162), to the extent it seeks relief, is denied without prejudice.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge