UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se letter inquiring as to the status of sentencing. Review of the court's docket reveals that this matter became ripe for sentencing February 17, 2014, and is presently 20th on the court's list for sentencing. While defendant is quite correct that he has been awaiting sentencing for a long time since his plea, such time has not been wasted as much of the delay is directly attributable to probation considering numerous objections to the Presentence Report. It appearing that defendant is ready to move this case along and is likely in need of services and opportunities only available a federal facility based on the PSR, the court will in its discretion move defendant to the front of the line.

**ORDER**

**IT IS, THEREFORE, ORDERED** that having considered defendant's motion (#219), the Clerk of Court is instructed to notice this matter for sentencing at the next available sentencing date.

Signed: June 10, 2014

Max O. Cogburn Jr.
United States District Judge