UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's post-sentencing Letter (#237), which has been received after defendant filed Notice of Appeal, but prior to entry of Judgment. In that letter defendant states that he forgot to ask the court to include in its Judgment a recommendation that he be housed as close to Charlotte, N.C., as possible, preferably at FCI Butner. The court will include such a recommendation. Defendant also asks for his personal belonging to be sent to his address in the presentence report and for a copy of the sentencing hearing transcript at government expense. The hearing transcript will be provided to defendant's appellate counsel as a matter of course and the government will be instructed to release non-evidentiary personal effects to a person designated by defendant in the normal course of its business. Defendant is advised that the government typically does not release items until a case becomes final, which means after all appeals have been exhausted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the relief sought in defendant's Letter (#237) is allowed in the manner herein provided.

Signed: August 29, 2014