UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se letter (#249), which has been received after an entry of Judgment and after defendant filed a Notice of Appeal. Defendant asks for his personal belonging to be sent to his address in the presentence report. Defendant included the same request in a letter to the court dated August 2, 2014 (#237). The court issued an order responding to that letter on August 29, 2014 (#238), advising him that the government will be instructed to release non-evidentiary personal effects to a person designated by defendant in the normal course of its business. The court reiterates the same response here and advises the defendant that the government typically does not release items until a case becomes final, which means after all appeals have been exhausted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the relief sought in defendant's Letter (#249) is allowed in the manner herein provided.

Max O. Cogburn Jr.
United States District Judge