UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Limited Ex parte Disclosure of Redacted Portions of the Sentencing Transcript. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Limited Ex parte Disclosure of Redacted Portions of the Sentencing Transcript (#265) is **GRANTED**, and the **SEAL** previously imposed as to such transcript is **PARTIALLY LIFTED**, allowing access to such transcript by the United States Attorney's Office as well as case agents for the limited purpose of formulating a response to defendant's Motion for Disclosure (#260). The government's time for responding to defendant's motion (#260) is ENLARGED up to and inclusive of December 1, 2014.

Signed: November 14, 2014

Max O. Cogburn Jr.
United States District Judge