UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GREGORY D. ANDERSON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a Letter (#289) from the defendant, which the court deems to be defendant's second Motion for Return of Seized Property. In this request, defendant seeks the return of photographs of his child and "other memorabilia" from the government. In response to defendant's first request, the government stated that it would, "[i]f provided with an address of a third party willing to accept delivery, … ship personal photographs, mobile cell phones, commercially made movies, an electric razor and other "nonevidentiary personal effects" to such person at its expense." Govt. Notice (#288) at 5. The government will be required to file a response; however, it may well be that the government has in fact returned all returnable property or that it ever received an address of a person actually willing to accept such property.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Letter (#289) is DEEMED to be his second Motion for Return of Seized Property, to which the government shall file a Response within 30 days.

Signed: June 17, 2016



Max O. Cogburn Jr
United States District Judge