UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00260-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GREGORY D. ANDERSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant Gregory Anderson's *pro se* Motion for Return of Seized Property (#289), in which Defendant asks for the government to return his personal belongings that were seized as part of this case. The government has filed a response (#291) stating that it has now sent the personal items recovered by law enforcement to Defendant's brother at the address Defendant provided, and further stating that it is no longer in possession of any property belonging or formerly belonging to Defendant. It has included a copy of the letter, sent via certified mail, to Defendant's brother detailing the enclosures. It appearing that the government has returned the relevant property, this matter is now moot and the court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Gregory Anderson's *pro se* Motion for Return of Seized Property (#289) is **DENIED as moot**.

Signed: July 22, 2016



Max O. Cogburn Jr.
United States District Judge