UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-260-MOC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY D. ANDERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Relief Breach of Plea Agreement, (Doc. No. 315), and on his pro se Motion for Relief Pursuant to Rule 60(b)(3), 6, (Doc. No. 316).

Defendant pled guilty in this Court to conspiracy to defraud the United States, bank fraud, HUD fraud, money laundering-concealment, and forcibly resisting arrest inflicting injury to persons assisting the United States. On July 29, 2014, this Court sentenced Defendant to 180 months of imprisonment. (Doc. No. 241).

Defendant appealed, and on October 21, 2015, the Fourth Circuit Court of Appeals affirmed Defendant's conviction and sentence and dismissed his appeal in part in an unpublished opinion. Defendant filed a motion to vacate under 28 U.S.C. § 2255, which this Court denied on the merits on March 12, 2019. (Doc. No. 304). Defendant appealed, and the Fourth Circuit affirmed the denial of the motion to vacate. (Doc. No. 307).

Defendant then filed a pro se motion to withdraw guilty plea, which this Court denied as a successive petition on July 9, 2020. (Doc. No. 311). The Court noted further that Defendant had already attempted to assert his claims on direct appeal and in his prior motion to vacate.

1

Defendant has now filed two additional motions, again trying to resurrect prior arguments he made regarding his plea agreement. Defendant's current motions are likewise denied, as Defendant has already raised and lost these arguments, and the pending motions amount to successive petitions.

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Relief Breach of Plea Agreement, (Doc. No. 315), and his pro se Motion for Relief Pursuant to Rule 60(b)(3), 6, (Doc. No. 316), are **DENIED**.

Signed: December 11, 2020

Max O. Cogburn Jr.
United States District Judge