UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CR-260-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| GREGORY DARIN ANDERSON, | ) |
| Defendant. | ) |

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. No. 328) is **GRANTED**.

It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Bureau of Prisons is authorized to turn over to the Office of the United States District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept, funds currently held in the trust account for the following inmate:

   Gregory Darin Anderson
   Register Number: 26384-058

2. The Clerk shall apply these funds as payment for the restitution owed by the Defendant in this case.

Signed: February 4, 2022

Max O. Cogburn Jr
United States District Judge